FILED
14-0764
5/5/2015 12:11:25 PM
tex-5154769
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

No. 14-0764

_____

IN THE SUPREME COURT OF TEXAS

_____

FIRST FINANCIAL INVESTMENT FUND HOLDINGS LLC D/B/A FIRST
FINANCIAL INVESTMENT FUND II, LLC, FIRST FINANCIAL ASSET
MANAGEMENT, INC. AND RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

Petitioners,

vs.

ANNA MARIE BERRY, AS PERSONAL REPRESENTATIVE FOR THE
ESTATE OF PARKER T. BERRY,

Respondent.

_____

On Petition for Review from the
Eighth District Court of Appeals – El Paso, Texas
No. 08-14-00097-CV

_____

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO
RESPONDENT'S BRIEF ON THE MERITS**

_____

Steven R. Dunn
8390 LBJ Freeway
Suite 540
Dallas, Texas 75243
214.692.5533
steven@dunnlawfirm.net
Attorney for Petitioners

*Motion for Extension -- Page 1 of 1*

TO THE HONORABLE SUPREME COURT OF TEXAS:

First Financial Investment Fund Holdings LLC a/d/b/a First Financial Investment Fund II, LLC, First Financial Asset Management, Inc. and Receivables Performance Management, LLC ("Petitioners") file this Motion for Extension of Time to File their Reply Brief to Respondent's Brief on the Merits under Tex. R. App. P. 10.1, 10.5(b), and 53.7(f). In support of this motion, Petitioners show the following:

1. On February 27, 2015, this Court's clerk advised the parties of a briefing schedule for briefs on the merit.

2. Petitioners timely filed their Brief on the Merits on March 30, 2015. Respondent's filed her Response Brief on April 20, 2015. Petitioners' Reply Brief is due no later than May 5, 2015. Petitioners request an extension of seven (7) days, until May 12, 2015 to file their Reply Brief to Respondent's Brief on the Merits. This is Petitioners' first request for an extension of time to file their Reply Brief.

3. Petitioners rely on the following facts as a reasonable explanation for the requested extension of time: Petitioners' counsel has been required to devote a considerable amount of time to the continued care of a family member during the past three week time period. To this end, Petitioners' counsel has had to schedule

appointments and a treatment care plan with doctors, counselors and dieticians for his family member during this period. This family member returned to Dallas on April 24, 2015 from a hospital in Denver, Colorado and resides with Petitioners' counsel. Since the family member's return, Petitioners' counsel has met with her medical professionals on the following dates: May 5, 2015; April 30, 2015; April 29, 2015; April 27, 2015. These meetings have required Petitioners' counsel to dedicate a great amount of time away from his practice.

**4.** The undersigned contacted opposing counsel regarding the merits of this motion. Opposing counsel did not return the communication.

Wherefore the premises considered, Petitioners pray that this Court grant this motion for extension of time and grant Petitioners an additional seven (7) days until May 12, 2015 to file their Reply Brief. Petitioners pray for such other and further relief, at law or in equity, to which Petitioners may be duly entitled.

Respectfully submitted,

/s/ Steven R. Dunn_____
Steven R. Dunn
8390 LBJ Freeway, Suite 540
Dallas, Texas 75243
Telephone (214) 692.5533
Facsimile (214)  692.5534
steven@dunnlawfirm.net

**ATTORNEY FOR PETITIONERS**

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I attempted to confer with Kimberly Soard, counsel for Respondent. Counsel for Respondent did not respond to the email communication. Therefore, it is submitted to the Court for its determination.

/s/ Steven R. Dunn_____
Steven R. Dunn

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2015, I electronically filed the foregoing with the Clerk of Court using the efiling system which will send notification of such filing to the following persons:

Kimberly F. Soard
State Bar No 00797815
LAW OFFICES OF KIMBERLY SOARD, P.C.
3722 Bristleleaf Drive
Katy, Texas 77449

/s/ Steven R. Dunn_____
Steven R. Dunn